**FILED
CLERK**

3:09 pm, Jan 18, 2017

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
ROBERT DU PURTON,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.
--------------------------------------------------------------------------------x

Short Form Order
15-cv-1026(ADS)

APPEARANCES:

**Carlton Fields Jorden Burt, P.A.**
*Attorneys for the Petitioner*
405 Lexington Avenue, 29th Floor
New York, New York 10174
    By:    Brian Rosner, Esq., Of Counsel

**U.S. Attorney's Office, Eastern District of New York**
*Attorneys for the Government*
271 Cadman Plaza East
Brooklyn, New York 11201
    By:    Paul G. Scotti, Assistant U.S. Attorney

**SPATT, District Judge:**

    By Memorandum of Decision and Order dated December 16, 2016, the Court denied the Petitioner's application for a writ of error *coram nobis* and closed this case.

    Now, for substantially the same reasons as set forth in its prior opinion, the Court finds that the Petitioner's failure to demonstrate the denial of a constitutional right precludes his entitlement to a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(2).

    It is  SO ORDERED:

Dated:  Central Islip, New York
         January 18, 2017        */s/ Arthur D. Spatt*
                                    ARTHUR D. SPATT
                                    United States District Judge